227 So.2d 597

**STATE of Louisiana**

**v.**

**Lenzy H. HODGIN alias Leroy Hodge.**

**No. 50208.**

Nov. 13, 1969.

In re: Lenzy H. Hodgin, alias Leroy Hodge applying for writ of habeas corpus.

Writs refused. The showing made in the application is insufficient to warrant the exercise of either our original or supervisory jurisdiction.

BARHAM, J., is of the opinion that the District Court be required to make a return or that a hearing should be had under the application for writs.